UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY MOONSAMMY, *as parent and natural guardian of A.M.*, ET AL.,

                              Plaintiffs,

              -v-

DAVID C. BANKS, ET AL.,

                              Defendants.

24 Civ. 2616 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion for preliminary injunction in the above-captioned case. Dkt. 9. Defendants have not yet appeared in this action. Plaintiffs are instructed to serve on defendants, by **April 23, 2024**, the complaint, summons, motion for preliminary injunction, and this order on defendants, and to file on the docket of this case forthwith an affidavit of service attesting to as much. Defendants are instructed to respond to plaintiffs' motion for preliminary injunction **within seven days** of receiving such documents.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2024
       New York, New York