UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY MOONSAMMY, *et al.*,

                            Plaintiffs,

-v-

DAVID C. BANKS, *et al.*,

                            Defendants.

24 Civ. 2616 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 30, 2024, the Court held an initial pretrial conference in this case. *See* Dkts. 42, 44. For the reasons stated at the conference, the Court stays this case pending resolution of the administrative proceedings on remand to the state review officer ("SRO") in *Moonsammy et al. v. Banks et al.*, 23 Civ. 10491 (PAE), pursuant to the Court's September 23, 2024 opinion and order, 23 Civ. 10491, Dkt. 31. The Court directs that counsel, within 10 days of the issuance of a supplemented order by the SRO in 23 Civ. 10491, file such order on the docket of this case.

SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: September 30, 2024
         New York, New York