UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, *as Parent and Natural Guardian of A.M.*, et al.,

Plaintiffs,

-v-

DAVID C. BANKS *et al.*,

Defendants.

24 Civ. 2616 (PAE)
24 Civ. 5151 (PAE)
24 Civ. 6483 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

No activity has occurred in these cases for a year or more. The Court accordingly directs counsel, by May 27, 2026, to file a status letter that states, *inter alia*, whether these cases should be closed.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2026
       New York, New York